IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-01781-PAB-NRN | Date:  November 9, 2022 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| REBECCA GOERNER, | Jesse Fishman |
| Plaintiff, | |
| v. | |
| FOXX EQUIPMENT COMPANY, INC., a Colorado corporation, and FOXX EQUIPMENT COMPANY, a Missouri corporation, | Alice Powers |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:28 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures have been made.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order within the next 7 days.

Joinder of Parties/Amendment to Pleadings: December 27, 2022

Discovery Cut-off: August 7, 2023

Dispositive Motions Deadline: September 6, 2023

Each side shall be limited to 7 depositions, excluding experts.
Depositions shall not exceed 7 hours for three deponents, exclusive of experts, all others limited to 4 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: May 19, 2023
Disclosure of Rebuttal Experts: June 23, 2023
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

Telephonic **Status Conference** is set for June 1, 2023 at 11:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The Court will set a Final Pretrial Conference and trial dates at that time.

Telephonic **Final Pretrial Conference** is set for October 25, 2023, at 10:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**Five minutes prior to the start of the hearings, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:40 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.